No. 749. CENTRAL COAL & COKE COMPANY v. JACOB OCEPEK. Certiorari to the Supreme Court of the State of Arkansas. Submitted February 20, 1923. Decided

February 26, 1923. *Per Curiam*. Reversed with costs, upon the authority of *Baltimore & Ohio R. R. Co.* v. *Koontz,* 104 U. S. 5, 15; *General Investment Co.* v. *Lake Shore & Michigan Southern Ry. Co.,* 260 U. S. 261; *Lee* v. *Chesapeake & Ohio Ry. Co.,* 260 U. S. 653. *Mr. L. C. Boyle* for petitioner. No brief filed for respondent.